1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA
Alexandria Division

| | |
|---|---|
| XXXXXX by and through her Parents, <br> JEFFREY AND SHARON SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> ARLINGTON COUNTY SCHOOL BOARD <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : Case No. 1:20-cv-00817 (LMB/TCB) <br> : <br> : <br> : <br> : <br> : <br> : |

**ORDER**

This matter is before the Court on the Plaintiff XXXXXX's Unopposed Motion to Change the Name of the Defendant the School Board for the City of Arlington. (Dkt. 11.) Upon consideration of the facts and arguments presented, it is hereby

**ORDERED** that the Motion (Dkt. 11) is **GRANTED**. The caption in this action is reformed to match the caption on this order.

ENTERED this 17th day of December, 2020.

_____ /s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia