IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| XXXXXX, a minor, by his Parents and Next Friends, Jeffrey and Sharon Smith, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:20-cv-00817-LMB-TCB |
| ARLINGTON COUNTY SCHOOL BOARD, | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT ARLINGTON COUNTY SCHOOL BOARD'S
MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND
COUNTERCLAIM**

Defendant Arlington County School Board, by counsel, moves this Court for judgment

on the administrative record and to uphold the administrative Hearing Officer's April 20, 2020

decision as to No. 1, 2, and 3, pursuant to the Individuals with Disabilities Education Act, 20

U.S.C. §§ 1400 *et seq.*, based on the administrative record before the Court.

Defendant further moves this Court for judgment on the administrative record and

Defendant's Counterclaim to reverse the administrative Hearing Officer's April 20, 2020 decision as

to No. 4 ordering reasonable reimbursement for the cost of Plaintiffs' private evaluation, pursuant to

the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 *et seq.*, based on the

administrative record before the Court.

The grounds for this Motion are fully set forth in Defendant's Brief in Support of Motion for

Judgment on the Administrative Record and Counterclaim, filed herewith and incorporated herein by

reference.

Date: March 19, 2021

1

Respectfully Submitted,

ARLINGTON COUNTY SCHOOL BOARD
By Counsel
By: _____/S/_____
John F. Cafferky, Esq. (VSB No. 26179)
jcafferky@bklawva.com
Emily K. Haslebacher, Esq. (VSB No. 92281)
ehaslebacher@bklawva.com
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
(703) 691-1235 (Telephone)
(703) 691-3913 (Facsimile)

*Counsel for Defendant*
*Arlington County School Board*

**Certificate of Service**

I hereby certify that on this 19th day of March, 2021, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to the following:

> James P. Atkinson, Esq. (VSB No. 92001)
> Law Office of Grace E. Kim, P.C.
> 11325 Random Hills Road, Suite 360-110
> Fairfax, Virginia 22030
> 703-225-3395 (telephone)
> 703-225-3333 (facsimile)
> ja@gekimlaw.com
> *Counsel for Plaintiffs*


> _____/S/_____
> John F. Cafferky, Esq. (VSB No. 26179)
> jcafferky@bklawva.com
> Emily K. Haslebacher, Esq. (VSB No. 92281)
> ehaslebacher@bklawva.com
> BLANKINGSHIP & KEITH, P.C.
> 4020 University Drive, Suite 300
> Fairfax, Virginia 22030
> (703) 691-1235 (Telephone)
> (703) 691-3913 (Facsimile)
>
> *Counsel for Defendant*
> *Arlington County School Board*

3