IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
VIRGINIA
Arlington Division

| | |
|---|---|
| XXXXXX by and through her Parents,<br>JEFFREY AND SHARON SMITH,<br><br>Plaintiffs,<br><br>ARLINGTON COUNTY SCHOOL BOARD,<br><br>Defendant. | :<br>:<br>:<br>:<br>: Case No. 1:20-cv-00817<br>:<br>:<br>:<br>:<br>: |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The Plaintiffs respectfully move for summary judgment in their favor on all claims in their Complaint, on the grounds that the Defendant has denied XXXXXX a Free and Appropriate Education, through substantive and procedural violations of the Individuals with Disabilities Education Act, and that the Hearing Officer's decision to the contrary, in the below state administrative Special Education Due Process Hearing, was in error. In further support of this Motion, Plaintiffs rely on the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment.

Dated: March 23, 2021                                    Respectfully submitted,

                                                                          _____/s/_____

                                                                          Grace E. Kim, Esquire,
                                                                          VSB No. 87010
                                                                          LAW OFFICE OF GRACE E. KIM, PC
                                                                          11325 Random Hills Road, Suite 360-110
                                                                          Fairfax, Virginia 22030
                                                                          Phone: (703) 951-7320

                 Fax: (703) 225-3333
                 gekim@gekimlaw.com
                 *Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 23rd day of March 2021, I will electronically file the foregoing with the Clerk of County using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John F. Cafferky
Attorney at Law
4020 University Drive, Suite 300
Fairfax, Virginia 22030
703-691-1235 (Office)

                _____/s/_____ Grace E. Kim, Esquire
                VSB No. 87010
                Attorney for the Plaintiffs
                LAW OFFICE OF GRACE E. KIM, PC
                11325 Random Hills Road, Suite 360-110
                Fairfax, Virginia 22030
                Phone: (703) 951-7320
                Fax: (703) 225-3333
                gekim@gekimlaw.com