# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| XXXXXX<br>by and through her Parents,<br>Jeffrey and Sharon Smith )<br>  )<br>   Plaintiff, )<br>  )<br>v. )<br>  )<br>  )<br>Arlington County School Board )<br>  )<br>   Defendant. ) | Civil Action No. 1:20-cv-00817 |

## JUDGMENT

Pursuant to the order of this Court entered on June 7, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendant and against the plaintiff.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
K.Galluzzo
Deputy Clerk

Dated: June 7, 2021
Alexandria, Virginia